UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHOUR J.M. BATTLE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. 2:20-cv-01851-JDP (HC)<br><br>ORDER DISCHARGING THE JANUARY 20, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 8 |

On January 20, 2021, plaintiff was ordered to show cause why this case should not be dismissed for failure to either pay the filing or submit an application for leave to proceed *in forma pauperis*. ECF No. 8. In response, plaintiff paid the $5.00 filing fee. Plaintiff has not explained his initial failure to timely pay the filing fee. However, in light of plaintiff's pro se status, I will discharge the January 20, 2021 order to show cause.

IT IS SO ORDERED.

Dated:   February 16, 2021　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE